

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Martin Jimenez, Appellant

No. 06-16-00042-CV     v.

Pilgrim's Pride Corporation, Appellee

Appeal from the 276th District Court of Camp County, Texas (Tr. Ct. No. CV-14-2436). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

     As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

     We further order that the appellant, Martin Jimenez, pay all costs of this appeal.

RENDERED OCTOBER 26, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk